

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2019

No. 04-18-00509-CV

**TITLE SOURCE, INC.**,
Appellant

v.

**HOUSECANARY INC.**, formerly known as Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06300
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant has filed an unopposed motion seeking permission to view sealed portions of the clerk's record and reporter's record. The motion is GRANTED. The clerk of the court is instructed to provide a copy of the sealed records to appellant's attorney and appellee's attorney on CD-ROM. All parties and their attorneys are ORDERED not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective filings.

In the event appellant or appellee references the sealed record in any future filings, they are ORDERED to (1) file their respective filings in paper form only, (2) with a cover letter informing the Clerk of this court that the filing references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

It is so ORDERED on March 4, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court